Scott DeWaine Hughes, Bar No. 122902
Attorney at Law
1100 Melody Lane, Suite 207
Tel: (916) 677-1822
Fax: (916) 677-1825

Attorney for Debtor
Louis Javar

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>LOUIS, JAVAR A.<br><br><br>Debtor. | Case No.: 19-26878-E-13C<br><br>Chapter 13<br><br>Motion Control No. SDH-3<br><br>NOTICE OF MOTION TO CONFIRM SECOND AMENDED CHAPTER 13 PLAN<br><br>11 USC SECTION 1323, 1325<br><br>Date:   June 23, 2020<br>Time:  3:00 p. m.<br>Place:  Courtroom 33, Dept. E<br>         501 I Street, 6th Floor<br>         Sacramento, CA 95814<br>Judge:  Sargis |

TO ALL INTERESTED PARTIES:

Please take notice that the Debtor will bring a Motion to Confirm his Third Amended Chapter 13 Plan at the place, time and date specified above, or as soon thereafter as the matter can be heard, on June 23, 2020 at 3:00 p. m., at Courtroom

33, Dept. E, 501 I Street, 6th Floor, Sacramento, CA 95814.  This motion is brought pursuant to Local Bankruptcy Rule 9014 -1(f)(1).

   The debtor believes that the Third Amended Plan meets the requirements of 11 USC section 1322 and 1325, is otherwise acceptable to the trustee, meets the interest of creditors under law, and furthers the goals of the bankruptcy statutes.

   This motion is based upon pleadings and the record and files in this case including this motion and the Third Amended Plan filed by the debtor on May 7, 2020.

   Any opposition must be in writing and filed and served on the debtor by mail at 5836 79th Street, Sacramento, CA 95824 and his counsel, Scott DeWaine Hughes, at the address on this pleading at least 14 days prior to the hearing.  If no opposition is filed, the Court may resolve this matter without oral argument and by striking any untimely opposition.

Dated: _5/7/20_____                         __/s/ Scott Hughes_____
                                             Scott D. Hughes, Attorney for Debtor
                                             Louis Javar